**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 23-2013**
**(1:22-cv-00052-TSK)**

---

**JOHN SIGLEY**

    Plaintiff – Appellant

v.

**ND FAIRMONT LLC**

    Defendant – Appellee

---

**APPEARANCE OF COUNSEL FOR DEFENDANT ND FAIRMONT LLC**

---

PLEASE TAKE NOTICE that William E. Robinson and Kelby Thomas Gray of Dinsmore & Shohl LLP enter their appearance as counsel for Defendant ND Fairmont LLC and respectfully request that any and all notices, orders, and other documents in this proceeding be served upon them as follows:

William E. Robinson
Kelby Thomas Gray
DINSMORE & SHOHL LLP
707 Virginia Street East, Suite 1300
Charleston, West Virginia 25301
Telephone: (304) 357-0900
Facsimile: (304) 357-0919
william.robinson@dinsmore.com
kelby.gray@dinsmore.com

Respectfully Submitted:

**ND FAIRMONT LLC**
By Counsel:

/s/ Kelby Thomas Gray

_____
William E. Robinson (WVSB # 3139)
Kelby Thomas Gray (WVSB #11445)
DINSMORE & SHOHL LLP
707 Virginia Street East, Suite 1300
Charleston, West Virginia 25301
Telephone:     (304) 357-0900
Facsimile:      (304) 357-0919
Email:           william.robinson@dinsmore.com
                    kelby.gray@dinsmore.com

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2013
(1:22-cv-00052-TSK)

**JOHN SIGLEY**

    Plaintiff – Appellant

v.

**ND FAIRMONT LLC**

    Defendant – Appellee

**CERTIFICATE OF SERVICE**

    I, Kelby Thomas Gray, hereby certify that the foregoing **Appearance of Counsel for Defendant ND Fairmont LLC** was served upon all parties via the CM/ECF Court System on this <u>13th</u> day of October 2023:

Hoyt Glazer, Esq.
GLAZER SAAD ANDERSON L.C.
320 Ninth Street, Suite B
Huntington, West Virginia 25701
*Counsel for Plaintiff John Sigley*

                                          /s/ *Kelby Thomas Gray*
                                          Kelby Thomas Gray (WV State Bar # 11445)
                                          DINSMORE & SHOHL LLP